UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAZ, an individual and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AG ADRIANO GOLDSCHMIED, INC., a California corporation; NORDSTROM, INC., a Washington corporation, DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 14cv1372-DMS (DHB)<br><br>**ORDER DENYING WITHOUT PREJUDICE JOINT MOTION REQUESTING ENTRY OF PROTECTIVE ORDER**<br><br>**[ECF No. 31]** |

On April 15, 2015, the parties filed a joint motion for protective order. (ECF No. 31.) The parties' proposed language for the protective order was not included in the joint motion. The proposed protective order language must be set forth in the parties' publicly-filed joint motion. In addition, although the joint motion represents that the proposed protective order is being submitted to chambers via e-mail, to date, the Court has not received a proposed protective order via e-mail. Finally, the parties' joint motion lacks the electronic signature certification required by Section 2(f)(4) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual.

/ / /

/ / /

1     Accordingly, the parties' joint motion is **DENIED without prejudice**.

2     **IT IS SO ORDERED.**

3 DATED:  April 16, 2015

                                            DAVID H. BARTICK
                                            United States Magistrate Judge