JOHN H. DONBOLI (SBN: 205218)
E-mail: jdonboli@delmarlawgroup.com
JL SEAN SLATTERY (SBN: 210965)
E-mail: sslattery@delmarlawgroup.com
DEL MAR LAW GROUP, LLP
12250 El Camino Real, Suite 120
San Diego, CA 92130
Telephone: (858) 793-6244
Facsimile: (858) 793-6005

Attorneys for Plaintiff: DAVID PAZ, an individual and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAZ, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AG ADRIANO GOLDSCHMIED, INC., a California corporation; NORDSTROM, INC., a Washington Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 3:14-cv-01372-DMS-DHB**<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT**<br><br>District Judge: Hon. Dana M. Sabraw<br><br>Magistrate Judge: Hon. David H. Bartick |

TO THE HONORABLE COURT, THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff David Paz has reached a settlement in principle of the above-captioned action with defendants AG Adriano

Goldschmied, Inc. and Nordstrom, Inc. The proposed settlement is on a class wide basis with a written settlement agreement and exhibits detailing notice to class members, claims administration, etc. and other related documents.

The parties have yet to sign the Settlement Agreement but are currently exchanging draft versions of same. Plaintiff anticipates being able to file a motion for preliminary approval (to obtain court approval) within 21 days.

Dated: September 25, 2015

Respectfully submitted,

DEL MAR LAW GROUP, LLP

By: /s John H. Donboli
John H. Donboli
E-mail: jdonboli@delmarlawgroup.com
JL Sean Slattery
E-mail: sslattery@delmarlawgroup.com
Attorneys for: DAVID PAZ, an individual and on behalf of all others similarly situated