JOHN H. DONBOLI (SBN: 205218)
E-mail: jdonboli@delmarlawgroup.com
JL SEAN SLATTERY (SBN: 210965)
E-mail: sslattery@delmarlawgroup.com
DEL MAR LAW GROUP, LLP
12250 El Camino Real, Suite 120
San Diego, CA 92130
Telephone: (858) 793-6244
Facsimile:   (858) 793-6005

Attorneys for Plaintiff: DAVID PAZ, an individual and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAZ, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AG ADRIANO GOLDSCHMIED, INC., a California corporation; NORDSTROM, INC., a Washington Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:14-cv-01372-DMS-DHB<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION:  (1) GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENT; (2) SCHEDULING A FINAL APPROVAL HEARING; AND (3) DIRECTING THAT NOTICE BE SENT TO CLASS MEMBERS**<br><br>Date:             January 8, 2016<br>Time:             1:30 p.m.<br>District Judge: Hon. Dana M. Sabraw<br>Courtroom:    13A |

# NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 8, 2016, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 13A of the United States District Courthouse, 333 West Broadway, Suite 1310, San Diego, California, 92101, before the Honorable Dana M. Sabraw, Plaintiff David Paz ("Plaintiff") will, and hereby does, move the Court for an order granting: (1) Preliminary Approval of Class Settlement, (2) Scheduling a Final Approval Hearing, and (3) Directing that Notice Be Sent to Class Members.  Said Motion will be based on this notice, the attached points and authorities, the declaration of John H. Donboliand the complete files and records in this action.

**Because all parties agreed to the proposed class settlement, this motion is not being opposed by defendants AG ADRIANO GOLDSCHMIED, INC., and NORDSTROM, INC. ("Defendants").**

Dated:  November 30, 2015         Respectfully submitted,

                                  DEL MAR LAW GROUP, LLP


                                  By: /s John H. Donboli
                                      John H. Donboli
                                      E-mail:  jdonboli@delmarlawgroup.com
                                      JL Sean Slattery
                                      E-mail:  sslattery@delmarlawgroup.com
                                      Attorneys for: DAVID PAZ, an
                                      individual and on behalf of all others
                                      similarly situated