UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAZ, an individual, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>AG ADRIANO GOLDSCHMIED, INC., a California corporation; NORDSTROM, INC., a Washington Corporation; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | **CASE NO. 3:14-cv-01372-DMS-DHB**<br><br>**<u>CLASS ACTION</u>**<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><br>Judge:          Hon. Dana M. Sabraw<br>Courtroom:   13A |

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS this matter, having been brought before the Court on October 28, 2016, pursuant to the Court's Order Granting Preliminary Approval of the Class Action Settlement, to determine whether the Settlement Agreement, dated October 28, 2015 (the "Settlement Agreement"), between named Plaintiff David Paz on behalf of himself and all members of the nationwide Settlement Class, and Defendants AG Adriano Goldschmied, Inc. ("AGAG") and Nordstrom, Inc. ("Nordstrom"), is fair and reasonable and should be approved as in the best interest of the Class Members; and

WHEREAS notice of the proposed Settlement having been given to all members of the Class as directed by this Court's Order Granting Preliminary Approval of the Class Action Settlement, and proof of notice having been filed with the Court; and

WHEREAS the Court has received and reviewed the Settlement Agreement and its exhibits; and

WHEREAS all persons present or represented at the hearing, who were entitled to be heard pursuant to the Class Notice, having been given an opportunity to be heard; and counsel for the parties having appeared in support of the Settlement; and Class Counsel having represented to the Court that in their opinion the Settlement is fair and reasonable and in the best interests of the Class Members; and

WHEREAS the Court having considered all documents filed in support of the Settlement, and fully considered all matters raised, all exhibits and affidavits filed and all evidence received at the hearing, all other papers and documents comprising the record herein, and all oral arguments presented to the Court;

IT IS HEREBY ORDERED as follows:

1.      For all purposes of this Order Granting Final Approval of Class

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT

Action Settlement ("Order"), the Court adopts all defined terms as set forth in the Settlement Agreement, which is incorporated herein by this reference.

2.      For purposes of this Order, "Class" shall mean all persons in California who purchased a "Made in USA" or "Made in USA of Imported Fabric" labeled Class Product between June 04, 2010 and December 31, 2015.  Excluded from the Class are all persons who are employees, directors, officers, and agents of Defendants or its subsidiaries and affiliated companies, as well as the Court and its immediate family and staff.

3.      For purposes of this Order, "Class Member(s)" shall mean all persons who are members of the Class and who have not timely exercised their rights to opt out of participation in the Settlement.  Such persons who have timely opted-out are not bound by the Judgment or the terms of the Settlement and may pursue their own individual remedies against Defendants.  However, such Persons are not entitled to any payments provided to Class Members by the terms of the Settlement.

4.      The Court has jurisdiction over the subject matter of the Action.

5.      All Class Members having been given adequate notice, the opportunity to be heard and the opportunity to opt out of the Class, the Court finds that it has personal jurisdiction over each Class Member.

6.      The Court has personal jurisdiction over AGAG and Nordstrom because, among other reasons, AGAG and Nordstrom did not timely challenge personal jurisdiction.

7.      The Court approves the Settlement of the litigation set forth in the Settlement Agreement as being fair, just, reasonable and adequate to the Class Members.  The terms and provisions of the Settlement are the product of arms-length negotiations conducted in good faith and with the assistance of an

3

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT

experienced mediator, Judge Irma E. Gonzalez, of JAMS.  Approval of the Settlement will result in substantial savings of time, money and effort to the Court and the Parties, and will further the interests of justice.

8.   Any and all objections to the Settlement and Settlement Agreement are overruled as being without merit.

9.   This Action may be maintained as a class action for settlement purposes.

10.   The Court certifies this litigation as a class action for settlement purposes and certifies the class as comprised of all Class Members.

11.   The Court finds that the requirements of Federal Rule of Civil Procedure 23(a) and (b)(3) have been satisfied, in that (a) the Settlement Class is so numerous that joinder of all individual Settlement Class Members is impracticable; (b) there are questions of law and fact common to the Settlement Class and those common questions of law and fact predominate over any individual questions; (c) the claims of the Plaintiff are typical of the claims of the Class; (d) the Plaintiff and Class Counsel will fairly and adequately represent the interests of the Class; and (e) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

12.   The Court also find that named Plaintiff David Paz and Class Counsel fairly and adequately represent the Class Members and satisfy the requirements to be representatives of and counsel to Class Members for settlement purposes.

13.   The Notice provided to the Class Members pursuant to the Order Granting Preliminary Approval of Class Action Settlement constitutes full and adequate notice and is in full compliance with the requirements of due process of law.

14.   The Settlement shall be implemented and consummated in accordance

4

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT

with the definitions and terms of the Settlement Agreement.

15.    Neither the Settlement Agreement, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it shall be construed as an admission or concession by Defendants of the truth of any of the allegations in the Action, or of any liability, fault or wrongdoing of any kind.

16.    The Action, and each allegation, claim, and cause of action asserted therein against Defendants are dismissed on the merits and with prejudice as to David Paz and all Class Members.

17.    David Paz and all Class Members, on behalf of themselves and any of their respective agents, successors, heirs, assigns, and other persons and entities referenced in the Settlement Agreement, for good and sufficient consideration, are deemed to have forever released AGAG and Nordstrom and/or the Released Parties as defined in the Settlement Agreement.

18.    David Paz and all Class Members are permanently barred and enjoined from commencing or continuing to prosecute or otherwise asserting the Released Claims, or any of them, in whole or in part, whether class or individual, against AGAG and/or Released Parties.

19.    The Court hereby reserves jurisdiction over the Action and Settlement to enforce the terms of the judgment.

20.    This Order is final for purposes of appeal and may be appealed, and the Clerk is hereby directed to enter judgment thereon.  If this Order does not become "Final" in accordance with the terms of the Settlement Agreement (because the Judgment is set aside, in whole or in material part after being timely appealed), then this Order, and all other orders entered in connection with this Settlement (including without limitation, the Order Granting Preliminary Approval of Class Action Settlement) shall be rendered *void ab initio*, and vacated in

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT

1  accordance with the terms of the Settlement Agreement.

2  IT IS SO ORDERED.

3   Dated:  October 28, 2016

4

Hon. Dana M. Sabraw
5                                              United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS
SETTLEMENT